John Norfleet WARD, III,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 01–7516.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 27, 2002.

Decided May 14, 2002.

John Norfleet Ward, III, Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Norfleet Ward, III, appeals the district court's order denying relief on his

petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Ward v. Angelone,* No. CA–00–353–2 (E.D.Va. Aug. 23, 2001). Furthermore, while we grant Ward's motion "to include newly discovered evidence for review with appeal," our review of those materials does not alter our conclusion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*